**WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**CASE NO. 07-2580-STA**

**IMAGE REMOVED, NOT PART OF THIS CASE.**